Lodged Proposed Order

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROGER E. WEST
Assistant United States Attorney
First Assistant Chief, Civil Division
California Bar No. 58609
    Room 4354, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2461
    Fax:        (213) 894-7819
    E-mail: roger.west4@usdoj.gov

Attorneys for United States of America

FILED
2009 JUL -9 PM 3:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE<br><br>LETTERS ROGATORY FROM THE<br><br>20TH COURT FOR FAMILY MATTERS<br><br>FEDERAL DISTRICT, MEXICO | CV MISC. NO. MC09-194<br><br>APPLICATION FOR ORDER<br><br>(28 U.S.C. §1782) |

MC 09-194

    The United States of America by the undersigned, Thomas P. O'Brien, United States Attorney for the Central District of California, Leon W. Weidman, Assistant United States Attorney, Chief, Civil Division, by Roger E. West, Assistant United States Attorney, First Assistant Chief, petitions this Court for an Order pursuant to §1782 of Title 28 of the United States Code, in the form submitted, directing the taking of evidence from Herbalife International which, it has been determined, does business within the jurisdiction of this Court, pursuant to the terms and conditions set forth in the Letters Rogatory issued by the above-

No Fee

apl.09 herbalife

1  entitled court in the Federal District of Mexico, pertinent to the Mexican case
2  <u>Intestate Proceedings of Assets of Salazar Bracamontes Eduardo</u>, docket number
3  70/2005.
4      Attached as Exhibit 1 is a copy of the Letters Rogatory from the Mexican
5  court. The Mexican court is requesting that the following evidence be obtained
6  from Herbalife International, "the replacement of share certificate number
7  CS1144." [Application page 16]
8      Notice will be given to all parties of the date and place of the taking of
9  evidence.
10     The only restrictions explicitly stated in 28 U.S.C. § 1782 are: (1) that the
11 request be made by a foreign or international tribunal or any interested person; (2)
12 that the testimony or material requested be for use in a proceeding in a foreign or
13 international tribunal; and (3) that the person or entity from whom the discovery is
14 sought is a resident of or can be found in the district where the application is filed.
15 See <u>In re Request for Judicial Assistance from the Seoul District Criminal Court,</u>
16 <u>Seoul, Korea</u>, 555 F.2d 720, 723 (9th Cir. 1977); <u>United States v. Sealed 1, Letter</u>
17 <u>of request for Legal Assistance from the Deputy Prosecutor General of the Russian</u>
18 <u>Federation</u>, 235 F.3d 1200, 1205 (9th Cir. 2000) (citing <u>Korea</u> at 555 F.2d at 723
19 that, "Under the statute the only restrictions explicitly stated are that the request be
20 made by a foreign or international tribunal, and that the testimony or material
21 requested be for use in a proceeding in such a tribunal"); <u>In re Bayer AG</u>, 146 F.3d
22 188, 192 (3d Cir. 1998).
23     All these three requirements are met in this case. First, the request was
24 made by the 20th Court for Family Matters in the Federal District, Mexico, which
25 is a foreign tribunal. Second, there is a proceeding in that court entitled, <u>Intestate</u>
26 <u>Proceedings of Assets of Salazar Bracamontes Eduardo</u>, case number 70/2005, and
27 the information being sought is for use in that proceeding by that court. Finally, it
28 has been determined that Herbalife International does business within the

jurisdiction of this Court.

Therefore, the United States respectfully requests the Court to sign the Order, being lodged under separate cover, in order to permit the taking of evidence from Herbalife International.

DATED: This _____ day of July, 2009.

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

ROGER E. WEST
Assistant United States Attorney
First Assistant Chief
Civil Division

Attorneys for
United States of America

# EXHIBIT 1: LETTERS ROGATORY

**EMBASSY OF MEXICO**
**CONSULAR SECTION**

**No.: WAS-1262**
Exp.: WAS 70/2005
Re: Intestate Proceedings of assets of SALAZAR BRACAMONTES EDUARDO

SECRETARÍA DE
RELACIONES EXTERIORES

**SRE**

Washington, DC, June 19, 2006

Ms. Shanita Washington
Office of Foreign Litigation, Civil Division
U.S. Department of Justice
1100 L Street, NW Room 11006
Washington, DC 20530

Dear Ms. Washington,

    Pursuant to Articles 2 and 9 of The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, and 87 of Regulations of the Mexican Foreign Service Law, the undersigned is honored to submit the enclosed letter of request for judicial assistance from the Honorable Lic. Maria Elena Ramìrez Sánchez, Twentieth Court for Family Matters in the Federal District, Mexico, to the competent authorities in Los Angeles, CA y Jersey City, New Jersey. This letter has been issued in Intestate Proceedings of assets of SALAZAR BRACAMONTES EDUARDO docket number 70/2005.

    The Mexican Judge kindly requests your assistance to grant the pertinent eases to obtain the replacement of share certificate number CS1144 on behalf of SALAZAR BRACAMONTES EDUARDO and/or NICOLE SALAZAR PEREZ, EDUARDO JAVIER SALAZAR PEREZ and CHRISTIAN EDUARDO SALAZAR JIMENEZ.

    The Honorable Lic. Maria Elena Ramìrez Sánchez has provided the originals of the letter of request summarizing the facts in the case involved and the complaint; in addition to certified copies by our Consular Office and supplements herein, all with due translation into the English language. The Honorable Lic. Maria Elena Ramìrez Sánchez, Twentieth Court for Family Matters in the Federal District, Mexico, assures reciprocity to the competent judge in Los Angeles, CA y Jersey City, New Jersey, in analogous cases, in recognition of the assistance he may provide.

    I thank you in advance for your kind attention to this matter.

Sincerely,

Enrique Escorza
Head of the Consular Office

EML

JUN 28 2007

2827 16th. St. NW., Washington, D.C. 20009, Conmutador 202-736-1000, Fax 202-234-4498
http://portal.sre.gob.mx/washington

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

**1) Sender**

Name: Honorable Lic. Maria Elena Ramìrez Sánchez, Twentieth Court for Family Matters in the Federal District, Mexico.

Address: Please forward all official communiqués to the Embassy of Mexico, Consular Office, 2827 16th Street, NW, Washington, D.C. 20009, Tel. (202) 736-1009.

**2) Central Authority of the Requesting State**

Name: Bertha Sanchez Miranda, Director of International Judicial Assistance, Office of Legal Affairs, Mexican Ministry of Foreign Affairs.

Address: Plaza Juarez No. 20, 5th floor, Col. Centro, C.P. 06010, Mexico, Distrito Federal.

**3) Person to whom the executed request is to be returned:**

Name: Enrique Escorza, Head of the Consular Office

Address: Embassy of Mexico, Consular Office, 2827 16th Street, NW, Washington, D.C. 20009, Tel. (202) 736-1009

**4) Central Authority of the Requested State**

Name: Shanita Washington, Office of Foreign Litigation, Civil Division.

Address: U.S. Department of Justice, 1100 L Street, NW, Room 11006, Washington, D.C. 20530

II

5) In conformity with Article 3 of the Convention, the undersigned applicant has the honor to submit the following request:

6) **(a) Requesting Judicial Authority (Article 3a)**

Name: Honorable Lic. Maria Elena Ramìrez Sánchez, Twentieth Court for Family Matters in the Federal District, Mexico.

Address: Please forward all official communiqués to the Embassy of Mexico, Consular Office, 2827 16th Street, NW, Washington, D.C. 20009, Tel. (202) 736-1009.

**(b) To the Competent Judge of (Article 3a): Los Angeles, CA y Jersey City, New Jersey**

7) **Names and addresses of the parties and their representatives (Article 3b)**

(a) **Plaintiff:**

Name: Olga Beatriz Jiménez Vázquez representing the minor Christian Eduardo Salazar Jiménez
Address:
Attorney in fact:

(b) **Defendants:**

Name:

Address: Please forward all official communiqués to the Embassy of Mexico, Consular Office, 2827 16th Street, NW, Washington, D.C. 20009, Tel. (202) 736-1009.

Attorney of Fact.

8) **Nature and purpose of the proceedings and summary of the facts (Article 3c)**

This letter was issued in the Intestate Proceedings of assets of SALAZAR BRACAMONTES EDUARDO filed by Olga Beatriz Jiménez Vázquez representing the minor Christian Eduardo Salazar Jiménez , case number 70/2005. In this lawsuit the plaintiff to grant the pertinent eases to obtain the replacement of share certificate number CS1144 on behalf of SALAZAR BRACAMONTES EDUARDO and/or NICOLE SALAZAR PEREZ, EDUARDO JAVIER SALAZAR PEREZ and CHRISTIAN EDUARDO SALAZAR JIMENEZ to grant the pertinent eases to obtain the replacement of share certificate number CS1144 on behalf of SALAZAR BRACAMONTES EDUARDO and/or NICOLE SALAZAR PEREZ, EDUARDO JAVIER SALAZAR PEREZ and CHRISTIAN EDUARDO SALAZAR JIMENEZ

9) **Evidence to be obtained or other judicial act to be performed**

to grant the pertinent eases to obtain the replacement of share certificate number CS1144 on behalf of SALAZAR BRACAMONTES EDUARDO and/or NICOLE SALAZAR PEREZ, EDUARDO JAVIER SALAZAR PEREZ and CHRISTIAN EDUARDO SALAZAR JIMENEZ

to grant the pertinent eases to obtain the replacement of share certificate number CS1144 on behalf of SALAZAR BRACAMONTES EDUARDO and/or NICOLE SALAZAR PEREZ, EDUARDO JAVIER SALAZAR PEREZ and CHRISTIAN EDUARDO SALAZAR JIMENEZ

II I

9) **Identity and address of any person to be examined (Article 3e)**

Judge Competent in Los Angeles, California and Judge Competent en Jersey City, New Jersey

10) **Special methods or procedures to be followed (Article 3(I) and 9)**

The Twentieth Court for Family Matters in the Federal District, Mexico, requests that the international letter rogatory enclosed, with its translation into English, be forwarded to the competent Judge in Los Angeles, CA y Jersey City, New Jersey, asking him/her to provide information on Intestate Proceedings of assets of SALAZAR BRACAMONTES EDUARDO.

The competent Judge in Los Angeles, CA y Jersey City, New Jersey, at his/her earliest convenience shall then forward said response to the U.S. Department of Justice, which shall, in turn, send it back to this Consular Office for the execution of the international request for judicial assistance.

11) **The fees and costs incurred, which are reimbursable under the second paragraph of Article 14 of the Convention, will be borne by:**

The parties. Please notify the Embassy of Mexico, Consular Office, at 2827 16th Street, NW, Washington, D.C. 20009, Tel. (202) 736-1009 of any fee and/or costs incurred.

**Reciprocity**

Lic. Maria Elena Ramirez Sánchez, Twentieth Court for Family Matters in the Federal District, Mexico, assures reciprocity in analogous cases to the competent Judge in Los Angeles, CA y Jersey City, New Jersey and in recognition of the judicial assistance provided.

Signed on Washington, D.C., June 19, 2006

Enrique Escorza,
Head of the Consular Office

# INDEX

- 1. Letter of request and rulings ordering the issuance of said rogatory.
- 2. Motion claiming the probate of will and documents attached therein.
- 3. Letter of request and rulings ordering the issuance of said rogatory, English translation.
- 4. Motion claiming the probate of will and documents attached therein, English translation.


## INDEX

- 1. Letter Rogatory (Spanish).
- 2. Complaint (Spanish).
- 3. Answer to complaint.
- 4. Documents attached to the complaint.
- 6. Letter Rogatory, English translation.
- 7. Complaint, English translation.
- 8. Answer to the complaint, English translation.

✦ <u>Nombres y direcciones de las personas a oír:</u>
<u>C.C. Licenciado CARLOS ANTONIO MORALES PEREZ y LUIS RAYMUNDO CID MAGAÑA,</u> con domicilio en Av. Insurgentes Sur 1898, piso 12 colonia Florida, C.P. 01020, en el D.F.

<u>Documentos a examinar\* NINGUNO</u>

- - - Y PARA LO QUE POR MI MANDADO TENGA SU MÁS FIEL Y EXACTO CUMPLIMIENTO EN NOMBRE DE LA SOBERANÍA NACIONAL Y EL MÍO PROPIO, EXHORTO Y REQUIERO A USTED PARA QUE TAN PRONTO EL PRESENTE SE ENCUENTRE EN SU PODER Y DE ENCONTRARLO AJUSTADO CONFORME A DERECHO SE SIRVA MANDARLO DILIGENCIAR EN SUS TÉRMINOS Y HECHO QUE SEA DEVOLVERLO A LA MAYOR BREVEDAD POSIBLE, SEGURO DE MI RECIPROCIDAD EN CASOS ANÁLOGOS, ES DADO EN LAS CIUDAD DE MÉXICO DISTRITO FEDERAL A LOS QUINCE DIAS DEL MES DE FEBRERO DEL DOS MIL SIETE.- DOY FE.- - - - - - - - - - -

LA C. JUEZ VIGÉSIMO DE LO FAMILIAR
DEL DISTRITO FEDERAL.

C. LIC. MARIA ELENA RAMIREZ SANCHEZ.

Translation from Spanish

**"2007 Mediation: Flexible Process and Reliable Solution"**

(In the upper left-hand margin is found a seal bearing the Mexican Coat of Arms and the inscription: UNITED MEXICAN STATES.- SUPREME COURT OF JUSTICE OF THE FEDERAL DISTRICT.- MEXICO, and below: TWENTIETH Family Court.- Court Clerk's Office "B".- File Number 70/2005.- Official Document Number 589)

**SECRETARY OF FOREIGN AFFAIRS**

In fulfillment of what is ordered by court order dated January twenty-sixth of the year two thousand and seven, I send you a letters rogatory in tow (sic) pages of text deduced from the file relative to the INTESTATE proceedings of assets of SALAZAR BRACAMONTES EDUARDO file number 70/2005; so that you send it to be proceeded in its terms if you find it fit pursuant to law.

I reiterate to you the certainty of my most kind and distinguished consideration.

EFFECTIVE SUFFRAGE NO RE-ELECTION

MEXICO CITY, FEDERAL DISTRICT, February 13, 2007

THE TWENTIETH FAMILY JUDGE

(Signed)

ATTY. MARIA ELENA RAMIREZ SANCHEZ

(In the lower right-hand margin is found a stamp of a seal bearing the Mexican Coat of Arms and the inscription: UNITED MEXICAN STATES.- SUPREME COURT OF JUSTICE OF THE FEDERAL DISTRICT.- MEXICO.- TWENTIETH FAMILY COURT)

MERS/lolv.

(Next page)

(In the upper left-hand margin is found a seal bearing the Mexican Coat of Arms and the inscription: UNITED MEXICAN STATES.- SUPREME COURT OF JUSTICE OF THE FEDERAL DISTRICT.- MEXICO, and below: TWENTIETH Family Court.- Court Clerk's Office "B".- File Number 70/2005)

--- I, ATTORNEY AT LAW MARIA ELENA RAMIREZ SANCHEZ, TWENTIETH FAMILY JUDGE OF THE FEDERAL DISTRICT, TO YOU, CONSUL OF MEXICO IN THE CITY OF LOS ANGELES, STATE OF CALIFORNIA, IN THE UNITED STATES OF AMERICA, TO WHOM I HAVE THE HONOR OF

13

2

ADDRESSING:------------------------------------------------------

-------------------- HEREBY MAKE KNOWN ----------------------

That in the court records of the INTESTATE proceedings of assets of SALAZAR BRACAMONTES EDUARDO file 70/2005, are recorded, among others, the following records, which to the letter say:-------------------- ORDER TO BE CARRIED OUT ----

--- Mexico City, Federal District, January twenty-sixth of two thousand and seven.---------------------------------------
--- Add to these court records, motion under review by the court of DELISSA MARILIS DE LA ALTAGRACIA PEREZ DIAS, so that, for the case that the laws of your jurisdiction deem it admissible, you extend the pertinent eases to obtain the replacement of the share certificate indicated, the aforesaid for the protection and preservation of the patrimonial interests of the minor heirs, for which, with the necessary inserts and by the proper legal channels, you send the letters rogatory requested and place them at the petitioner's disposal and having been done, do the corresponding translation by an expert duly authorized by the Court both of the letters rogatory as well as of the accompanying documents, LET IT BE KNOWN TO THE PARTIES. The Judge decided and signs. I attest.------------------------------------

3

(Next page – Back of the previous page)

- <u>Requested authority</u>: CONSUL OF MEXICO IN THE CITY OF LOS ANGELES, STATE OF CALIFORNIA, IN THE UNITED STATES OF AMERICA.

- <u>Identity and address of the parties</u>: OLGA BEATRIZ JIMÉNEZ VAZQUEZ, in representation of the minor, CHRISTIAN EDUARDO SALAZAR JIMÉNEZ, at Avenida Juarez number 88, suite 504, colonia Centro, 06040, Cuauhtémoc City District, of the Federal District (son of the deceased)

JOAQUIN SALAZAR GOMEZ as attorney-in-fact of NICOMEDES SALAZAR HERNANDEZ AND ZENAIDA GOMEZ HERRERA, parents of the deceased. In the office located at number 101 of building 30 of the street of Arcos de Belen, Col. Doctores, 06720, Cuauhtémoc City District, in the Federal District.

DELISSA MARYLIS (sic) DE LA ALTAGRACIA PEREZ DIAZ (sic), in exercise of the parental authority and representation of NICOLE AND EDUARDO JAVIER, both with last names SALAZAR PEREZ, (children of the deceased), with domicile at Av.

15

4

Insurgentes Sur 1898, 12th floor, colonia Florida, 01020, in the Federal District.

- <u>Nature and object of the instance</u>: Intestate succession of assets of EDUARDO SALAZAR BRACAMONTES.

- <u>Summary explanation of the events</u>:* On January twenty-fourth of two thousand and five, the Intestate proceedings of assets of EDUARDO SALAZAR BRACAMONTES were proceeded, Mrs. OLGA BEATRIZ JIMÉNEZ VAZQUEZ filing in representation of the minor CHRISTIAN EDUARDO SALAZAR JIMÉNEZ.

In resolution from March twenty-eighth of two thousand and five, it is ordered to send Letters Rogatory (sic) CONSUL OF MEXICO IN THE CITY OF LOS ANGELES, STATE OF CALIFORNIA, IN THE UNITED STATES OF AMERICA.

- <u>Acts of instruction</u>:* Grant the pertinent eases to obtain the replacement of share certificate number CS1144 on behalf of SALAZAR BRACAMONTES EDUARDO and/or NICOLE SALAZAR PEREZ, EDUARDO JAVIER SALAZAR PEREZ and CHRISTIAN EDUARDO SALAZAR JIMÉNEZ and be sent to the

Twentieth Family Court in the Federal District, to the company Herbalife International, 1800 Century Park East, Los Angeles, California 90067,

Attention: Legal Department,

Facsimile: (310)557-3906

(Next page)

> Names and addresses of the persons to notify:
> Licenciado* CARLOS ANTONIO MORALES PEREZ and LUIS RAYMUNDO CID MAGAÑA, with domicile at Av. Insurgentes Sur 1898, 12th floor, colonia Florida, 01020, in the Federal District.

> Documents to exam* NONE

--- AND IN ORDER FOR MY MANDATE TO HAVE ITS TRUEST AND MOST EXACT FULFILLMENT IN THE NAME OF THE NATIONAL SOVEREIGNTY AND MY OWN NAME, I URGE AND ASK YOU, AS SOON AS THIS LETTER IS FOUND IN YOUR HANDS AND IN FINDING IT FIT PURSUANT TO LAW, TO BE SO KIND AS TO SEND IT TO BE PROCEEDED IN ITS TERMS AND HAVING BEEN DONE, RETURN IT AS SOON AS POSSIBLE, CERTAIN OF MY RECIPROCITY IN ANALOGOUS CASES, IT IS GIVEN IN

17

6

MEXICO CITY, FEDERAL DISTRICT ON THE FIFTEENTH DAY OF THE MONTH OF FEBRUARY OF TWO THOUSAND AND SEVEN.- I ATTEST.-------------------------------------------------

THE TWENTIETH FAMILY JUDGE

OF THE FEDERAL DISTRICT

    (Signed)

ATTY. MARIA ELENA RAMIREZ SANCHEZ

    COURT CLERK "B"

    ATTY. ROSA MARIA RUIZ LOPEZ

Translator's Note:

\* = *Licenciado* (man) or *Licenciada* (woman) is a title given to any graduate with a Bachelor's degree from a Mexican university or a Mexican attorney.



Juzgado VIGÉSIMO de

Lo familiar

"B"

Secretaria

Exp. 70/2005

- - - LA CIUDADANA LICENCIADA MARIA ELENA RAMIREZ SANCHEZ C. JUEZ VIGÉSIMO DE LO FAMILIAR DEL DISTRITO FEDERAL, A USTED C. CONSUL DE MEXICO EN LA CIUDAD DE LOS ANGELES DEL ESTADO DE CALIFORNIA; EN LOS ESTADOS UNIDOS DE NORTEAMERICA A QUIEN TENGO EL HONOR DE DIRIGIRME: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - H A G O  S A B E R - - - - - - - - - - - - - -
Que en los autos del juicio INTESTAMENTARIO, a bienes de SALAZAR BRACAMONTES EDUARDO expediente 70/2005, obran entre otras constancias las siguientes que a la letra dicen: - - - - - - - - - - - - AUTO POR CUMPLIMENTAR - - -

- - - México, Distrito Federal, a veintiséis de enero del dos mil siete.- - - - - - - - - - - - - - - - - - - - - - -
- - - Agréguese a los presentes autos escrito de cuenta de DELISSA MARILIS DE LA ALTAGRACIA PEREZ DIAS, a fin de que para el caso de que las leyes, de su jurisdicción lo consideren procedente, den las facilidades pertinentes para obtener la reposición del certificado accionario que se deja indicado, lo anterior para la protección y conservación de los intereses patrimoniales de los menores herederos, por lo que, con los insertos necesarios y por los conductos legales adecuados, gírense las cartas rogatorias que se solicitan y pónganse a disposición de la ocursante y hecho que sea realice la traducción correspondiente por perito debidamente autorizado por el Tribunal tanto de las cartas rogatorias como de los documentos que se acompañan, NOTIFÍQUESE. Lo proveyó y firma la C. Juez. Doy fe. - - - - - - - - - - -



✦ <u>Nombres y direcciones de las personas a oír:</u>
<u>C.C. Licenciado CARLOS ANTONIO MORALES PEREZ y LUIS RAYMUNDO CID MAGAÑA,</u> con domicilio en Av. Insurgentes Sur 1898, piso 12 colonia Florida, C.P. 01020, en el D.F.

<u>Documentos a examinar*</u> NINGUNO

- - - Y PARA LO QUE POR MI MANDADO TENGA SU MÁS FIEL Y EXACTO CUMPLIMIENTO EN NOMBRE DE LA SOBERANÍA NACIONAL Y EL MÍO PROPIO, EXHORTO Y REQUIERO A USTED PARA QUE TAN PRONTO EL PRESENTE SE ENCUENTRE EN SU PODER Y DE ENCONTRARLO AJUSTADO CONFORME A DERECHO SE SIRVA MANDARLO DILIGENCIAR EN SUS TÉRMINOS Y HECHO QUE SEA DEVOLVERLO A LA MAYOR BREVEDAD POSIBLE, SEGURO DE MI RECIPROCIDAD EN CASOS ANÁLOGOS, ES DADO EN LAS CIUDAD DE MÉXICO DISTRITO FEDERAL A LOS QUINCE DIAS DEL MES DE FEBRERO DEL DOS MIL SIETE.- DOY FE.- - - - - - - - - - -

LA C. JUEZ VIGÉSIMO DE LO FAMILIAR
DEL DISTRITO FEDERAL.

C. LIC. MARIA ELENA RAMIREZ SANCHEZ.

LA C. SECRETARIA DE ACUERDOS "B".

C. LIC. ROSA MARIA RUIZ LOPEZ