THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROGER E. WEST
Assistant United States Attorney
First Assistant Chief, Civil Division
California Bar No. 58609
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2461
    Fax: (213) 894-7819
    E-mail: roger.west4@usdoj.gov

Attorneys for United States of America

FILED
CLERK, U.S. DISTRICT COURT

JUL 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: <br><br> LETTERS ROGATORY FROM THE <br> 20TH COURT FOR FAMILY MATTERS <br> FEDERAL DISTRICT, MEXICO | CV MISC. NO. MC09-194 <br><br> ORDER |

Application having been made to this Court by the 20TH Court for Family Matters in the Federal District of Mexico, through the United States Department of Justice and the United States Attorney for the Central District of California, and this Court having been requested to processes the Letters Rogatory from the Mexican court to the end of obtaining evidence from Herbalife International which, it has been determined, does business within the jurisdiction of this Court, pertinent to the Mexican case, Intestate Proceedings of Assets of Salazar Bracamontes Eduardo, docket number 70/2005;

/ / /

NOW, THEREFORE, I ___ANDREW J. WISTRICH___, United States Magistrate Judge for the Central District of California, pursuant to authority contained in § 1782 of Title 28 of the United States Code, hereby appoint Roger E. West, Assistant United States Attorney, First Assistant Chief, Civil Division, or his successor in office, as Commissioner, to take such steps as may be necessary to obtain evidence from California Commerce Bank pursuant to the terms and conditions set forth in the above Letters Rogatory, and to do all else that may be reasonably necessary for the accomplishment of this Order.

DATED: This __10__ day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
ROGER E. WEST
Assistant United States Attorney
First Assistant Chief
Civil Division

Attorneys for
United States of America

order.09 Herbalife